**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALVIN DUGAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUESCOPE BUILDINGS NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 1:24-cv-01560-JLT-EPG<br><br>JOINT STIPULATION AND REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 17) |

This Stipulation is made by and between Plaintiff Calvin Dugan ("Plaintiff") and Defendant BlueScope Buildings North America, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts:

WHEREAS, the Court has set a Scheduling Conference for September 17, 2026, at 10:00am;

WHEREAS, the Parties will seek approval of a settlement of this matter that was reached during an August 17, 2026, mediation;

WHEREAS, as part of this settlement, the Parties have agreed to stipulate to remand this case back to the Superior Court for the County of Tulare following execution of the Parties' settlement agreement;

WHEREAS, in light of the above, the Parties have met and conferred and agree there is good cause to continue the September 17, 2026, Scheduling Conference so that the Parties may stipulate to remand this case.

**IT IS THEREFORE STIPULATED** by and between the Parties, through their respective counsel of record, and the Parties respectfully request the Court to order, as follows:

1. The Scheduling Conference currently scheduled for September 17, 2026, at 10:00am shall be continued to ninety (90) days to December 8, 2026, at 10:00am or to a date and time thereafter that the Court sees fit.

Dated: September 10, 2026

Respectfully submitted,

MOON LAW GROUP, PC

By: */s/Morgan Simpson*

Kane Moon
Allen Feghali
S. Phillip Song
Morgan Simpson
Attorneys for Plaintiff

Dated: September 10, 2026

K&L GATES LLP

By: */s/Cassidy T. Stewart*

Penny Chen Fox
Cassidy T. Stewart
Attorneys for Defendant

ORDER

The Court, having read and duly considered the Parties' Joint Stipulation, and good cause appearing, HEREBY ORDERS the currently set September 17, 2026, scheduling conference shall be continued to December 8, 2026, at 11:00 a.m. Should the parties file the stipulation to remand this action prior to the scheduling conference, the Court will issue a subsequent order to vacate the conference.

IT IS SO ORDERED.

Dated: **September 11, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE