Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
E-mail: afeghali@moonlawgroup.com
S. Philip Song (SBN 320389)
E-mail: lilit@moonlawgroup.com
Morgan W. Simpson (SBN 337325)
E-mail: msimpson@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
Attorneys for Plaintiff Calvin Dugan

Penny Chen Fox (SBN 280706)
penny.fox@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard, Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001
Attorneys for Defendant BlueScope Buildings North America, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CALVIN DUGAN, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

BLUESCOPE BUILDINGS NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,

Defendants

CASE NO. 1:24−CV−01560−JLT−EPG

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO REMAND COMPLAINT**

*[Concurrently Filed With Joint Stipulation to Remand Complaint]*

**~~PROPOSED~~ ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Remand the Complaint, and for good cause appearing, it is hereby ordered that:

The above-captioned matter shall be remanded to the Superior Court of California, County of Tulare.

IT IS SO ORDERED.

Dated: October 8, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE